JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JAVIER MEJIA, | Case No. 5:18-cv-02407-VBF-JC |
| Petitioner, | |
| v. | JUDGMENT |
| STUART SHERMAN, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied on the merits and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: February 8, 2022        /s/ Valerie Baker Fairbank

_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE